UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-4 |
| Plaintiff, | Hon. Robert J. Jonker<br>Chief U.S. District Judge |
| v. | |
| KAI RAYMONE THOMAS, | |
| Defendant. | |
| _____/ | |

## **ORDER OF DETENTION**

Defendant Kai Raymone Thomas appeared before the undersigned on April 5, 2022 for a detention hearing.  Rather than proceeding with the hearing, Defendant reserved the issue of detention.  Defense Counsel will notify the Court when they are prepared to schedule a detention hearing.

Defendant will remain detained pending further proceedings.

IT IS SO ORDERED.


Date: April 5, 2022            /s/ *Maarten Vermaat*
                               MAARTEN VERMAAT
                               UNITED STATES MAGISTRATE JUDGE